Amy M. Samberg, Esq.
Nevada Bar No. 10212
Marek P. Bute, Esq.
Nevada Bar No. 9989
Morgan T. Petrelli
Nevada Bar No. 13221
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: asamberg@swlaw.com
       mbute@swlaw.com
       mpetrelli@swlaw.com

*Attorneys for Plaintiff Liberty Mutual Fire Insurance Company*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited liability company; MARNELL CORRAO ASSOCIATES, INC., a Nevada corporation; HANSEN MECHANICAL CONTRACTORS, INC., a Nevada corporation; KEENAN, HOPKINS, SUDER AND STOWELL CONTRACTORS, INC., a Nevada corporation; THE HERRICK CORPORATION, a Nevada corporation; VEGAS STEEL, INC., a Nevada corporation; WYNN DESIGN & DEVELOPMENT, LLC, a Nevada limited liability company; and, BUTLER/ASHWORTH ARCHITECTS, LTD., a Nevada limited liability company,<br><br>Defendants. | Case No. 2:13-cv-00852-LDG-PAL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BOMBARD ELECTRIC, LLC PURSUANT TO FRCP 41(a)(1)(A)(i)** |

///

///

///

///

Plaintiff Liberty Mutual Fire Insurance Company ("Liberty Mutual"), by and through its attorneys of record, Snell & Wilmer L.L.P., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses its claims in the above-entitled action against Defendant Bombard Electric, LLC without prejudice. No answer or motion for summary judgment has been filed by Bombard Electric, LLC in this action. Bombard Electric, LLC is hereby dismissed from the above-entitled action without prejudice.

Dated: July 16, 2014

SNELL & WILMER L.L.P.

By: /s/
Amy M. Samberg, Esq.
Marek P. Bute, Esq.
Morgan T. Petrelli, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Plaintiff Liberty Mutual Fire Insurance Company*

ORDER

IT IS SO ORDERED.

DATED this 18th day of July, 2014.

Lloyd D. George
Sr. U.S. District Judge

- 2 -