# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC, et al.,<br><br>    Defendants. | 2:13-cv-852-LDG-PAL<br><br>ORDER |

On August 15, 2014, the magistrate judge approved a stipulation to extend the discovery deadline in this case to December 1, 2014, and the dispositive motion deadline until January 9, 2015 (#111). Pending before the court are defendant Hansen Mechanical Contractors, Inc.'s, motion to dismiss (#76, response #86, reply #88), and defendant Wynn Las Vegas, LLC, Wynn Design & Development, LLC, and Butler Ashworth Architects, Ltd.'s, motion to dismiss (#77, response #87, reply #89). Upon review of the motions, the court determines that a full consideration of the issues may be benefitted by the completion of discovery and further development of the record. Accordingly,

THE COURT HEREBY ORDERS that defendant Hansen Mechanical Contractors, Inc.'s, motion to dismiss (#76), and defendant Wynn Las Vegas, LLC, Wynn Design & Development, LLC, and Butler Ashworth Architects, Ltd.'s, motion to dismiss (#77) are DENIED without

///

prejudice to their refiling or the filing of alternative motions according to the dispositive motion deadline.

DATED this 29 day of September, 2014.

_____
Lloyd D. George
United States District Judge