Amy M. Samberg, Esq.
Nevada Bar No. 10212
Marek P. Bute, Esq.
Nevada Bar No. 9989
Morgan T. Petrelli
Nevada Bar No. 13221
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: asamberg@swlaw.com
       mbute@swlaw.com
       mpetrelli@swlaw.com

*Attorneys for Plaintiff Liberty Mutual Fire Insurance Company*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited liability company; MARNELL CORRAO ASSOCIATES, INC., a Nevada corporation; HANSEN MECHANICAL CONTRACTORS, INC., a Nevada corporation; KEENAN, HOPKINS, SUDER AND STOWELL CONTRACTORS, INC., a Nevada corporation; THE HERRICK CORPORATION, a Nevada corporation; VEGAS STEEL, INC., a Nevada corporation; WYNN DESIGN & DEVELOPMENT, LLC, a Nevada limited liability company; BUTLER/ASHWORTH ARCHITECTS, LTD., a Nevada limited liability company; J.B.A. CONSULTING ENGINEERS, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:13-cv-00852-LDG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND LIBERTY MUTUAL FIRE INSURANCE COMPANY'S DEADLINE TO OPPOSE WYNN LAS VEGAS, LLC, WYNN DESIGN & DEVELOPMENT, LLC AND BUTLER/ASHWORTH ARCHITECTS, LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO FED. R. CIV. P. 54, NRS 18.010, AND L.R. 54-16**<br><br>**(FIRST REQUEST)** |

Defendant Wynn Las Vegas, LLC, Wynn Design & Development, LLC, and Butler/Ashworth Architects, Ltd. ("the Wynn Defendants"), by and through their counsel of record, Latham & Watkins LLP and Pisanelli Bice PLLC, and Liberty Mutual Fire Insurance

Company ("Liberty"), by and through its counsel of record, Snell & Wilmer L.L.P., do hereby stipulate and agree as follows:

1. On October 10, 2014, Liberty filed its Notice of Voluntary Dismissal with Prejudice [Doc. 113];

2. On January 09, 2015, Wynn Defendants filed their Notice of Motion for Attorneys' Fees and costs pursuant to Fed. R. Civ. P. 54, N.R.S. 18.010., and L.R. 54-16; Memorandum of Points and Authorities in Support of Same [Doc. 145];

3. Liberty and the Wynn Defendants have agreed to an extension of the deadline for Liberty to file its Opposition to the Wynn Defendant's Motion for Attorneys' Fees and Costs, through and including January 30, 2015.

IT IS SO STIPULATED.

Dated January 22, 2015

SNELL & WILMER L.L.P.

By: /s/ Morgan T. Petrelli
Amy M. Samberg, Esq. (Bar No. 10212)
Marek P. Bute, Esq. (Bar No. 9989)
Morgan T. Petrelli, Esq. (Bar No. 13221)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Plaintiff Liberty Mutual Fire Insurance Company*

Dated January 22, 2015

LATHAM & WATKINS LLP

/s/ S. Drew Levin
Peter K. Rosen, Esq. (*pro hac vice admitted*)
355 South Grand Avenue
Los Angeles, CA 90071-1560

PISANELLI BICE PLLC
Jarrod L. Rickard, Esq., Bar No. 10203
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169

*Attorneys for Wynn Las Vegas, LLP, Wynn Design & Development, LLP, and Butler/Ashworth Architects, Ltd.*

## **ORDER**

IT IS SO ORDERED.

DATED this 22 day of January, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

20873813.1

- 2 -