1   Amy M. Samberg, Esq.
    Nevada Bar No. 10212
2   Marek P. Bute, Esq.
    Nevada Bar No. 9989
3   Morgan T. Petrelli
    Nevada Bar No. 13221
4   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
5   Las Vegas, Nevada  89169
    Telephone:  702.784.5200
6   Facsimile:  702.784.5252
    Email:  asamberg@swlaw.com
7          mbute@swlaw.com
           mpetrelli@swlaw.com
8
    *Attorneys for Plaintiff Liberty Mutual*
9   *Fire Insurance Company*

10              IN THE UNITED STATES DISTRICT COURT

11                      DISTRICT OF NEVADA

12  LIBERTY MUTUAL FIRE INSURANCE          Case No. 2:13-cv-00852-LDG-PAL
    COMPANY, a Massachusetts corporation,
13
                Plaintiff,
14
    vs.
15
    WYNN LAS VEGAS, LLC, a Nevada limited   **STIPULATION AND ORDER TO**
16  liability company; MARNELL CORRAO       **EXTEND LIBERTY MUTUAL FIRE**
    ASSOCIATES, INC., a Nevada corporation; **INSURANCE COMPANY'S DEADLINE**
17  HANSEN MECHANICAL CONTRACTORS,          **TO OPPOSE WYNN LAS VEGAS, LLC,**
    INC., a Nevada corporation; KEENAN,     **WYNN DESIGN & DEVELOPMENT, LLC**
18  HOPKINS, SUDER AND STOWELL              **AND BUTLER/ASHWORTH**
    CONTRACTORS, INC., a Nevada corporation; **ARCHITECTS, LTD.'S MOTION FOR**
19  THE HERRICK CORPORATION, a Nevada       **ATTORNEYS' FEES AND COSTS**
    corporation; VEGAS STEEL, INC., a Nevada **PURSUANT TO FED. R. CIV. P. 54, NRS**
20  corporation; WYNN DESIGN &              **18.010, AND L.R. 54-16**
    DEVELOPMENT, LLC, a Nevada limited
21  liability company; BUTLER/ASHWORTH      **(SECOND REQUEST)**
    ARCHITECTS, LTD., a Nevada limited
22  liability company; J.B.A. CONSULTING
    ENGINEERS, INC., a Nevada corporation,
23
                Defendants.
24

25

26          Defendant  Wynn  Las  Vegas,  LLC,  Wynn  Design  &  Development,  LLC,  and

27  Butler/Ashworth  Architects,  Ltd.  ("the  Wynn  Defendants"),  by  and  through  their  counsel  of

28  record,  Latham  &  Watkins  LLP  and  Pisanelli  Bice  PLLC,  and  Liberty  Mutual  Fire  Insurance

*[Left margin vertical text]* Snell & Wilmer L.L.P. LAW OFFICES 3883 Howard Hughes Parkway, Suite 1100 Las Vegas, Nevada 89169 702.784.5200

Company ("Liberty"), by and through its counsel of record, Snell & Wilmer L.L.P., do hereby stipulate and agree as follows:

1.    On October 10, 2014, Liberty filed its Notice of Voluntary Dismissal with Prejudice [Doc. 113];

2.    On January 09, 2015, Wynn Defendants filed their Notice of Motion for Attorneys' Fees and costs pursuant to Fed. R. Civ. P. 54, N.R.S. 18.010., and L.R. 54-16; Memorandum of Points and Authorities in Support of Same [Doc. 145];

3.    Liberty and the Wynn Defendants have agreed to an extension of the deadline for Liberty to file its Opposition to the Wynn Defendants' Motion for Attorneys' Fees and Costs, through and including February 6, 2015.

IT IS SO STIPULATED.

Dated January 28, 2015

SNELL & WILMER L.L.P.


By: /s/ Morgan T. Petrelli
Amy M. Samberg, Esq. (Bar No. 10212)
Marek P. Bute, Esq. (Bar No. 9989)
Morgan T. Petrelli, Esq. (Bar No. 13221)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
*Attorneys for Plaintiff Liberty Mutual Fire Insurance Company*

Dated January 28, 2015

LATHAM & WATKINS LLP


/s/ S. Drew Levin
Peter K. Rosen, Esq. (*pro hac vice admitted*)
355 South Grand Avenue
Los Angeles, CA 90071-1560

PISANELLI BICE PLLC
Jarrod L. Rickard, Esq., Bar No. 10203
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169

*Attorneys for Wynn Las Vegas, LLP, Wynn Design & Development, LLP, and Butler/Ashworth Architects, Ltd.*

## ORDER

IT IS SO ORDERED.

DATED this 30 day of ___January___, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

LLOYD D. GEORGE

20909690.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200